**DISMISS and Opinion Filed January 31, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01452-CV**

## IN THE INTEREST OF K.M.A.C., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51305-2014**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellant appeals from the trial court's temporary orders and order transferring the case to Tarrant County, both signed on November 6, 2019. By letter dated January 6, 2020, the Court questioned its jurisdiction over this appeal as there did not appear to be an appealable order. We instructed the parties to file letter briefs addressing our concern. The parties complied.

Neither temporary orders nor a transfer order is reviewable by interlocutory appeal. *See* TEX. FAM. CODE ANN. §§ 105.001(e) & 155.204(h). Although appellant filed a letter brief, nothing therein demonstrates this Court's jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191452F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF K.M.A.C., A CHILD

No. 05-19-01452-CV

On Appeal from the 469th Judicial District Court, Collin County, Texas
Trial Court Cause No. 469-51305-2014.
Opinion delivered by Chief Justice Burns. Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Carolyn Golden recover her costs of this appeal from appellant Kennard W. Crow.

Judgment entered January 31, 2020